Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
Kristin B. Kosinski, Esq., No. 237,555
  *kkosinski@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiff,
GREGORY BEAUCHAMP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BEAUCHAMP, an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>MARTHA STEWART LIVING OMNIMEDIA, INC., a Delaware corporation, and DOES 1-9, inclusive,<br><br>              Defendants. | Case No. CV11-06655 CAS<br><br>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT AND REQUEST FOR ENTRY OF JUDGMENT<br><br>[Federal Rule of Civil Procedure 68]<br><br>Hon. Christina A. Snyder |

Plaintiff Gregory Beauchamp ("Plaintiff") hereby accepts Defendant Martha Stewart Living Omnimedia, Inc.'s ("Defendant") Offer of Judgment which is attached hereto as Exhibit 1. Also submitted, Exhibit 2, is a copy of the letter of acceptance sent on behalf of Plaintiff to Defendant's counsel on November 29, 2011.

Plaintiff respectfully requests the Court to enter judgment against Defendant Martha Stewart Living Omnimedia, Inc., pursuant to the offer of judgment and its acceptance represented herein. Concurrently filed herewith in Word is a proposed judgment in keeping with the offer and acceptance.

Respectfully submitted:

CISLO & THOMAS LLP

Dated: December 2, 2011

By: _____
Daniel M. Cislo, Esq.

Attorneys for Plaintiff,
GREGORY BEAUCHAMP

T:\11-25208\Notice of Acceptance of Offer of Judgment.docx

2

# Exhibit 1

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile:  (213) 633-6899

EDWARD J. DAVIS (admitted *pro hac vice*)
  edwarddavis@dwt.com
CAMILLE CALMAN (admitted *pro hac vice*)
  camillecalman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230
Facsimile:  (212) 489-8340

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BEAUCHAMP, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>MARTHA STEWART LIVING OMNIMEDIA, INC., a Delaware Corporation, and DOES 1-9, inclusive,<br><br>            Defendants. | Case No. **CV11-06655 CAS**<br><br>**OFFER TO CONFESS JUDGMENT**<br><br>[Federal Rule Of Civil Procedure 68]<br><br>Assigned to the Hon. Christina A. Snyder<br>Action Filed: August 12, 2011 |

Defendant Martha Stewart Living Omnimedia, Inc. ("Defendant") hereby offers to allow entry of judgment in favor of plaintiff Gregory Beauchamp ("Plaintiff") against Defendant pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Defendant offers to allow the entry of judgment in favor of Plaintiff against Defendant as follows:

1. For the sum of twenty-five thousand dollars ($25,000.00), which sum shall include all costs and attorneys' fees otherwise recoverable in this action to the date of this Offer, and which sum is to be paid by Defendant; and

2. For an order dismissing all DOE defendants to the action, with prejudice.

This Offer is conditioned on Plaintiff's agreement not to sue any other parties over claims arising out of the subject matter of this action.

This Offer is made for the purposes specified in Federal Rule of Civil Procedure 68. Evidence of this offer is not admissible except in a proceeding to determine costs, and this offer is not to be construed as an admission that Defendant is liable in this action or that Plaintiff has suffered any damages.

DATED: November 22, 2011       DAVIS WRIGHT TREMAINE LLP
                                KELLI L. SAGER
                                EDWARD J. DAVIS (admitted *pro hac vice*)
                                CAMILLE CALMAN (admitted *pro hac vice*)


                                By: _____
                                        Edward J. Davis

                                Attorneys for Defendant
                                MARTHA STEWART LIVING OMNIMEDIA, INC.

OFFER TO CONFESS JUDGMENT
DWT 18520229v1 0064238-000026

# Exhibit 2



PROCUREMENT AND ENFORCEMENT
OF INTELLECTUAL PROPERTY

1332 ANACAPA STREET
SUITE 120
SANTA BARBARA, CA 93101-2090
(805) 962-1515

CISLO & THOMAS LLP
*Attorneys at Law*

1333 2ND STREET
SUITE 500
SANTA MONICA, CA 90401-4110
L.A. (323) 870-1163
(310) 451-0647
FACSIMILE (310) 394-4477
WWW.CISLO.COM

PATENT, TRADEMARK
COPYRIGHT & RELATED MATTERS

2829 TOWNSGATE ROAD
SUITE 310
WESTLAKE VILLAGE, CA 91361-3006
(805) 496-1164

November 29, 2011

VIA ELECTRONIC MAIL ONLY
EMAIL ADDRESS: eddavis@dwt.com
cc: kellisager@dwt.com

Edward J. Davis, Esq.
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019-6708

Re:   Gregory Beauchamp v. Martha Stewart Living Omnimedia
      U.S.D.C., Central District of California, Case No. 11-6655 CAS (PLAx)
      Our Ref.: 11-25208

Dear Ed:

On behalf of our client Gregory Beauchamp we accept your client's Offer of Judgment. Please find attached the Notice of Acceptance of Offer of Judgment and Request for Entry of Judgment and Proposed Judgment that we intend to file with the court. If you do not wish for us to file the attached with the Court, please forward to us the settlement agreement and settlement payment by Friday December 2, 2011.

Very truly yours,

CISLO & THOMAS LLP

Daniel M. Cislo

DMC:lb
cc:  Kelli L. Sager, Esq.
11-25208\Letter to Davis re Notice of Acceptance.docx

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court and that on this day a true and correct copy of:

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT AND REQUEST FOR ENTRY OF JUDGMENT**

was served via the court's ECF system to the following counsel for Defendant:

**Edward J Davis**
Davis Wright Tremaine LLP
1633 Broadway 27th Floor
New York, NY 10019
edwarddavis@dwt.com

**Kelli L Sager**
Davis Wright Tremaine LLP
865 South Figueroa Street Suite 2400
Los Angeles, CA 90017-2566
kellisager@dwt.com

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 2, 2011, at Santa Monica, California.

_Laura Banuelos_