1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY BEAUCHAMP, an individual, | ) ) ) | Case No. CV11-06655 CAS |
| Plaintiff, | ) ) ) | **[PROPOSED] JUDGMENT** |
| vs. | ) ) ) | Hon. Christina A. Snyder |
| MARTHA STEWART LIVING OMNIMEDIA, INC., a Delaware corporation, and DOES 1-9, inclusive, | ) ) ) ) | |
| Defendants. | ) ) ) | |

In keeping with the terms of the Offer of Judgment and its Acceptance on November 29, 2011, Gregory Beauchamp ("Plaintiff") asks that the Court enter judgment against Martha Stewart Living Omnimedia, Inc. ("Defendant") as follows:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. For the sum of twenty-five thousand dollars ($25,000.00), which sum shall include all costs and attorneys' fees otherwise recoverable in this action to the date of the Offer, and which sum is to be paid by Defendant Martha Stewart Living Omnimedia, Inc.;

2. For an order dismissing all DOE defendants to the action with prejudice; and

3. Plaintiff shall not to sue any other parties over claims arising out of the subject matter of this action and Martha Stewart Living Omnimedia, Inc.'s actions recited therein.

DATED: _____

**HONORABLE CHRISTINA A. SNYDER**
UNITED STATES DISTRICT COURT JUDGE

T:\11-25208\Proposed Judgment.docx

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court and that on this day a true and correct copy of:

**[PROPOSED] JUDGMENT**

was served via the court's ECF system to the following counsel for Defendant:

**Edward J Davis**
Davis Wright Tremaine LLP
1633 Broadway 27th Floor
New York, NY 10019
edwarddavis@dwt.com

**Kelli L Sager**
Davis Wright Tremaine LLP
865 South Figueroa Street Suite 2400
Los Angeles, CA 90017-2566
kellisager@dwt.com

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 2, 2011, at Santa Monica, California.

Laura Banuelos