1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT                JS-6

## CENTRAL DISTRICT OF CALIFORNIA

GREGORY BEAUCHAMP, an
individual,

        Plaintiff,

     vs.

MARTHA STEWART LIVING
OMNIMEDIA, INC., a Delaware
corporation, and DOES 1-9, inclusive,

       Defendants.

) **Case No. CV11-06655 CAS**
)
) **JUDGMENT**
)
)
)
)
) **Hon. Christina A. Snyder**
)
)
)
)
)
)
)
)

1

In keeping with the terms of the Offer of Judgment and its Acceptance on November 29, 2011, Gregory Beauchamp ("Plaintiff") asks that the Court enter judgment against Martha Stewart Living Omnimedia, Inc. ("Defendant") as follows:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1.  For the sum of twenty-five thousand dollars ($25,000.00), which sum shall include all costs and attorneys' fees otherwise recoverable in this action to the date of the Offer, and which sum is to be paid by Defendant Martha Stewart Living Omnimedia, Inc.;

2.  For an order dismissing all DOE defendants to the action with prejudice; and

3.  Plaintiff shall not to sue any other parties over claims arising out of the subject matter of this action and Martha Stewart Living Omnimedia, Inc.'s actions recited therein.

DATED:     12/5/11

**HONORABLE CHRISTINA A. SNYDER**
UNITED   STATES   DISTRICT   COURT
JUDGE

T:\11-25208\Proposed Judgment.docx

2