AO 121 (rev. 6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20259 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A COPYRIGHT |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **CV11-06655** | United States District Court<br>Central District of California<br>312 North Spring Street<br>Los Angeles, California 90012 |
| DOCKET NO. — To Be Assigned | DATE FILED — To Be Assigned | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Gregory Beauchamp | Martha Stewart Living Omnimedia, Inc. et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1. VA 1-663-959 | States United of America | Beauchamp |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☒ Judgment | ☐ Yes   ☒ No | 12/5/2011 |
| **CLERK** TERRY NAFISI | **(BY) DEPUTY CLERK** G. Kami | **DATE** 12/5/2011 |

COPY 1 - Upon initiation of action, mail this copy to Register of Copyrights
COPY 2 - Upon filing document adding a copyright, mail this copy to Register of Copyrights
COPY 3 - Upon termination of action, mail this copy to Register of Copyrights
COPY 4 - Case file copy

\\CTSERVER\TMDOCS2\11-25208\REPORT ON FILING ACTION RE A COPYRIGHT.DOC